COUNTY OF LEWIS; Don Fortney; Thomas F. Myers, Plaintiffs–Appellees,

v.

**John D. ALLEN, Defendant,**

and

**Nez Perce Tribe; Nez Perce Tribal Court; Judges of the Nez Perce Tribal Court, Defendants–Appellants.**

**No. 94–35979.**

United States Court of Appeals, Ninth Circuit.

July 31, 1998.

Before: HUG, Chief Judge.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion, *County of Lewis v. Allen and Nez Perce Tribe*, 141 F.3d 1385 (9th Cir.1998), amended May 5, 1998 and July 24, 1998, is withdrawn.